1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    1:11-CR-00249 LJO
                                 )
12              Plaintiff,       )    PRELIMINARY ORDER OF FORFEITURE
                                 )
13      v.                       )
                                 )
14 WENDELL MOTON,                )
                                 )
15              Defendant.       )
                                 )
16 ────────────────────────────── )

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Wendell Moton, it is hereby

19 ORDERED, ADJUDGED, AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),

21 defendant Wendell Moton's interest in the following property shall

22 be condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24           a.   a Norinco .22 caliber rifle;

25           b.   all ammunition seized in this case.

26      2.   The above-listed property constitutes firearms involved in

27 or used in a knowing violation of 18 U.S.C. § 922(g).

28

   PRELIMINARY ORDER OF FORFEITURE        1

1    3.    Pursuant to Rule 32.2(b), the Attorney General (or a

2    designee) shall be authorized to seize the above-listed property.

3    The aforementioned property shall be seized and held by the Bureau

4    of Alcohol, Tobacco, Firearms and Explosives, in its secure custody

5    and control.

6    4.    a.    Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

7    § 853(n), and Local Rule 171, the United States shall publish notice

8    of the order of forfeiture.  Notice of this Order and notice of the

9    Attorney General's (or a designee's) intent to dispose of the

10   property in such manner as the Attorney General may direct shall be

11   posted for at least 30 consecutive days on the official internet

12   government forfeiture site www.forfeiture.gov.  The United States

13   may also, to the extent practicable, provide direct written notice

14   to any person known to have alleged an interest in the property that

15   is the subject of the order of forfeiture as a substitute for

16   published notice as to those persons so notified.

17           b.    This notice shall state that any person, other than

18   the defendant, asserting a legal interest in the above-listed

19   property, must file a petition with the Court within sixty (60) days

20   from the first day of publication of the Notice of Forfeiture posted

21   on the official government forfeiture site, or within thirty (30)

22   days from receipt of direct written notice, whichever is earlier.

23   5.    If a petition is timely filed, upon adjudication of

24   all third-party interests, if any, this Court will enter a Final

25   Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.

26   ///

27   ///

28   ///

1  § 2461(c) in which all interests will be addressed.

2          IT IS SO ORDERED.

3  **Dated:    February 10, 2012**              **/s/ Lawrence J. O'Neill**
4                                               UNITED STATES DISTRICT JUDGE